UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 12 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,         )
                                  )
    Plaintiff,                    )
                                  )
v.                                )    **4:20CR174 SEP/NAB**
                                  )
DELEO ANTONIO BARNER,             )
                                  )
    Defendant.                    )

## INDICTMENT

The Grand Jury charges that:

### COUNT I
### (Passport Fraud)

1. On or about November 5, 2018, at the United States Embassy in Berlin, Germany, the defendant,

**DELEO ANTONIO BARNER,**

whose last known residence in the United States was in St. Louis, Missouri, within the Eastern District of Missouri, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was victim J.S., which statement he knew to be false.

In violation of Title 18, United States Code, Section 1542.

1

## COUNT II
## (Aggravated Identity Theft)

2. The Grand Jury realleges the facts set forth in paragraph 1 as if fully set herein.

3. On or about November 5, 2018, at the United States Embassy in Berlin, Germany, the defendant,

**DELEO ANTONIO BARNER,**

whose last known residence in the United States was in St. Louis, Missouri, within the Eastern District of Missouri, knowingly possessed, transferred, and used, without lawful authority, a means of identification of another person, to wit, the name, social security number, and date of birth of J.S., during and in relation to the commission of the felony offense of passport fraud, in violation of Title 18, United States Code, Section 1542.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
Kyle.Bateman@usdoj.gov

2