UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  4:21 CR 174 SEP/NAB |
| **DE LEO BARNER,,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The above-named defendant, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed to represent the above-named defendant in this matter.

/s/ **Stephen R. Welby**
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of August, 2021.