

**INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
DEFENSE CRIMINAL INVESTIGATIVE SERVICE
EUROPEAN POST OF DUTY
UNIT 24310, BOX 34
APO AE 09005-4310

**2017002569-80WB-E0**                    **March 20, 2019**

**PROJECT: FRAUD AND CORRUPTION IN EUROPE AND AFRICA**

**COORDINATION WITH GERMAN STATE POLICE**: This research is based on a request from SA Kerry F. Baker, Department of Veterans Affairs (VA), Office of Inspector General (OIG), Kansas City, MO, to assist in a possible US Passport Imposter.

On March 8, 2019, LNI Grimm prepared and forwarded a German language email to the German State Police Department (LKA) in Berlin, Germany to inquire about J██ S█████ (Attachment 1). The email used for the LKA is LKA554@polizei.berlin.de which was provided by KOK Thomas Bulla, German Criminal Police (Kripo), Wiesbaden, Germany.

LNI Grimm inquired information on J██ S█████, ████████████ residing at ████████████Berlin (Friedenau). The requested information was:

Has S█████ any criminal records? If yes, do you have pictures and/or fingerprints? If yes, could they be shared with our office?

Since this is a joint investigation, the colleagues in the United States interviewed J██ S█████, who is residing in the United States and believe he is the one with the original identity and the one here in Germany is using the stolen identity.

On March 19, 2019, LNI Grimm received a German language email from Dirk Wasmund, Kriminalhauptkommissar (KHK), LKA Berlin, Germany (Attachment 2). KHK Wasmund provided the following information:

   a. J████████S███, DPOB ████████████, St. Louis is registered at ████████████ Berlin, since November 14, 2006.
   b. He listed his marital status as divorced. He has a son (born in 2003) and a daughter (born in 2009) and both are registered residing in Berlin.
   c. S█████ has the following criminal records within the past ten years: bodily harm, trespassing, resistance to enforcement officers, violation of support obligations, insult.
   d. Sander used the following US passports/identification cards for ID purposes:
     1. Number 042167879
     2. Number 701426756
     3. Number 456207902, valid between July 6, 2009 and July 5, 2019
     4. Number 642870458, valid between November 14, 2018 and November 13, 2023.
   e. Fingerprints are no longer available.

**GOVERNMENT EXHIBIT A**

CLASSIFICATION:

**FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE**

DCIS Form 1 MAY 2017

WARNING
The information in this document marked FOUO-LES is the property of the Department of Defense Inspector General and may be distributed within the Federal Government (and its contractors) to law enforcement, public safety and protection, and intelligence officials and individuals with a need to know. Distribution to other entities without prior DoD IG authorization is prohibited. Precautions shall be taken to ensure this information is stored and destroyed in a manner that precludes unauthorized access. Information bearing the FOUO-LES marking may not be used in legal proceedings without prior authorization from the originator. Recipients are prohibited from posting information marked FOUO-LES on a website or unclassified network.

2017002569-80WB-E0                                                        2

f.  Attached is a photograph obtained from the Central Foreign Registry.

The provided information is Law Enforcement sensitive and only authorized to be used within these channels.

KHK Wasmund would appreciate any information developed throughout this investigation because of possible criminal actions required by German Law Enforcement.  KHK Wasmund also provide his sequence number which is LKA 741 – 1309/19.  KHK Wasmund can be reached telephonically at +49-(0) 30-4664-974103 or via email at dirk.wasmund@polizei.berlin.de.

Attachments:
1.  German Language Email to LKA554, dated March 8, 2019.
2.  German Language Email from LKA Berlin, dated March 19, 2019.

Prepared by:  LNI Helga Grimm, 80WB      Approved by:  RAC Victor Sanguanboon, 80FO

GRIMM.HELGA  Digitally signed by
.G.1276073261  GRIMM.HELGA.G.12760732
61
Date: 2019.03.20 09:46:43
+01'00'

X _____

Digitally signed by
SANGUANBOON.VI
CTOR.1264072480

X _____

CLASSIFICATION:

**FOR OFFICIAL USE ONLY**
**LAW ENFORCEMENT SENSITIVE**

DCIS Form 1 MAY 2015

WARNING
The information in this document marked FOUO-LES is the property of the Department of Defense Inspector General and may be distributed within the Federal Government (and its contractors) to law enforcement, public safety and protection, and intelligence officials and individuals with a need to know. Distribution to other entities without prior DoD IG authorization is prohibited. Precautions shall be taken to ensure this information is stored and destroyed in a manner that precludes unauthorized access. Information bearing the FOUO-LES marking may not be used in legal proceedings without prior authorization from the originator. Recipients are prohibited from posting information marked FOUO-LES on a website or unclassified network.

# Attachment 1

## Grimm, Helga G., OIG DoD Germany

| | |
|---|---|
| **From:** | Grimm, Helga G., OIG DoD Germany |
| **Sent:** | Friday, March 8, 2019 1:42 PM |
| **To:** | 'LKA554@POLIZEI.BERLIN.DE' |
| **Subject:** | Anfrage betreffend Joel Sanders |

Sehr geehrte Damen und Herren,

Unsere Behörde (Polizei des U.S. Verteidigungsministeriums) ermittelt gemeinsam mit Kollegen aus den USA wegen Identitäsbetrugs. Es handelt sich dabei um Herrn J▇▇▇▇▇Sa▇▇▇ ▇▇▇▇▇▇, wohnhaft Handjerystr. 65, 12161 Berlin (Friedenau).

Ist Herr Sanders aktenkundig? Falls ja, haben Sie Bilder bzw. Fingerabdrücke? Falls ja, können Sie uns diese zur Verfügung stellen?

Kollegen in den USA haben mit dem dort wohnhaften Joel Sanders gesprochen und gehen davon aus, dass dieser der eigentliche Sanders ist und derjenige hier in Berlin, eine gestohlene Identität benutzt.

Für Rückfragen stehe ich Ihnen gerne telefonisch oder per Email zur Verfügung. Meine Kontaktdaten finden Sie nachfolgend.

Mit freundlichen Grüssen
Helga Grimm
Local National Investigator
DoDIG, DCIS
European Post of Duty
Unit 24310, Box 34
APO AE 09005-4310
DSN 546-3704
Comm 0611-143-546-3704
US (703) 699-5475
Cell Phone 0162-273-1791

Physical Address:
Ludwig-Wolker-Str. 10, Bldg #4043
55252 Mainz-Kastel

Comm Mailing Address:
DoDIG, DCIS, EPOD
Unit 24310, Box 34
Clay Kaserne
65205 Wiesbaden-Erbenheim

1

# Attachment 2

## Grimm, Helga G., OIG DoD Germany

| | |
|---|---|
| **From:** | LKA 741 <LKA741@polizei.berlin.de> |
| **Sent:** | Tuesday, March 19, 2019 2:52 PM |
| **To:** | Grimm, Helga G., OIG DoD Germany |
| **Subject:** | [SPAM]  [Non-DoD Source] AW: Anfrage betreffend Joel Sanders |
| **Attachments:** | Joel Sanders.png |
| | |
| **Importance:** | Low |

Sehr geehrte Frau Grimm - zur gestellten Anfrage vom 08.03.19 nehme ich wie folgt Stellung:

Der - J▮▮▮▮▮▮▮ S▮▮▮▮▮, ▮▮▮▮▮▮ St. Louis geb. - ist uns wie folgt bekannt:

Er ist seit dem 14.11.2006 in 12161 Berlin, ▮▮▮▮▮▮▮▮▮▮ gemeldet.
Sein Familienstand ist mit - geschieden - angegeben. Er hat einen Sohn (2003) und eine Tochter (2009) die beide ebenfalls in Berlin gemeldet sind.
Polizeilich ist er in den letzten zehn Jahren wegen Körperverletzungsdelikten, Hausfriedensbruch, Widerstandes gegen Vollstreckungsbeamte, Verletzung der Unterhaltspflicht, Beleidigung.... aufgefallen.

Den hiesigen Behörden gegenüber hat er sich im Laufe der Zeit mit folgenden US Ausweisen/Pässen legitimiert:

1) Nr: 042167879
2) Nr: 701426756
3) Nr: 456207902, gültig vom 06.07.2009 bis 05.07.2019
4) Nr: 642870458 gültig vom 14.11.2018 bis 13.11.2028

Fingerabdrücke liegen bei uns nicht (mehr) vor.

Das angefügte Bild stammt aus dem Bestand des Ausländerzentralregisters. Es wird ausdrücklich darauf hingewiesen, dass dieses ausschließlich für polizeiliche Zwecke bestimmt ist.

Ich bin Ihnen verbunden, wenn Sie mich über das Ergebnis der Ermittlungen informiert halten würden. Evtl. sind auch hier strafrechtliche Maßnahmen zu initiieren.


Mit freundlichen Grüßen
Im Auftrag

D. Wasmund, Kriminalhauptkommissar
-----------------------------------------------
Vorgangsnummer: LKA 741 - 1309/19

Tel.: +49(0)30 - 4664 - 974103
Fax: +49(0)30 - 4664 - 974199
e-Fax + 49(0)30 - 4664 - 822 9 786 0
e-mail: dirk.wasmund@polizei.berlin.de
-----------------------------------------------

1

Criminal Investigation Department - LKA 741 International Adminstrative and Legal Assistance - International Criminal Intelligence Branch Landeskriminalamt Berlin - LKA 741 Internationale Amts- und Rechtshilfe - Internationale Fahndung Tempelhofer Damm 12, 12101 Berlin (Germany)
Telefon: +49(0)30 - 4664 - 9 741 77

-----Ursprüngliche Nachricht-----
Von: Grimm, Helga G., OIG DoD Germany <Helga.Grimm@DODIG.MIL>
Gesendet: Freitag, 8. März 2019 13:52
An: LKA 554 <LKA554@polizei.berlin.de>
Betreff: Anfrage betreffend Joel Sanders

Sehr geehrte Damen und Herren,

Unsere Behörde (Polizei des U.S. Verteidigungsministeriums) ermittelt gemeinsam mit Kollegen aus den USA wegen Identitäsbetrugs. Es handelt sich dabei um Herrn J███████ S█████, ████████████, wohnhaft ███████ ███ 12161 Berlin (Friedenau).

Ist Herr Sanders aktenkundig? Falls ja, haben Sie Bilder bzw. Fingerabdrücke? Falls ja, können Sie uns diese zur Verfügung stellen?

Kollegen in den USA haben mit dem dort wohnhaften J██ S█████ gesprochen und gehen davon aus, dass dieser der eigentliche Sanders ist und derjenige hier in Berlin, eine gestohlene Identität benutzt.

Für Rückfragen stehe ich Ihnen gerne telefonisch oder per Email zur Verfügung. Meine Kontaktdaten finden Sie nachfolgend.

Mit freundlichen Grüssen
Helga Grimm
Local National Investigator
DoDIG, DCIS
European Post of Duty
Unit 24310, Box 34
APO AE 09005-4310
DSN 546-3704
Comm 0611-143-546-3704
US (703) 699-5475
Cell Phone 0162-273-1791

Physical Address:
Ludwig-Wolker-Str. 10, Bldg #4043
55252 Mainz-Kastel

Comm Mailing Address:
DoDIG, DCIS, EPOD
Unit 24310, Box 34
Clay Kaserne

2

65205 Wiesbaden-Erbenheim

This e-mail is from the Office of the Inspector General, Department of Defense, and may contain information that is "Law Enforcement Sensitive" {LES} or "For Official Use Only" {FOUO} or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority.

3

